UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

|   |   |
|---|---|
| THU TRAN, Individually And On Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) ) NETLIST, INC., CHUN K. HONG, ) CHRISTOPHER LOPES, NAM KI HONG, ) THOMAS F. LAGATTA, ALAN H. ) PORTNOY, DAVID M. RICKEY, PRESTON ) ROMM, RBC CAPITAL MARKETS ) CORPORATION AND JMP SECURITIES, ) LLC, ) ) Defendants. ) | CIVIL ACTION NO. 07CV3754<br><br>STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING WITH PREJUDICE DEFENDANTS RBC CAPITAL MARKETS CORPORATION AND JMP SECURITIES, LLC |

**MEMO ENDORSED**
P3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1.   **WHEREAS**, Plaintiff filed the above-captioned action on May 11, 2007 in the Southern District of New York;

2.   **WHEREAS**, the caption inadvertently listed two entities, RBC Capital Markets Corporation ("RBC") and JMP Securities, LLC ("JMP"), as defendants;

3.   **WHEREAS**, RBC and JMP were not underwriters for Netlist, Inc. during the Class Period and are not mentioned in the body of the Complaint;

**IT IS STIPULATED AND AGREED BY THE UNDERSIGNED:**

1.   RBC and JMP are hereby dismissed with prejudice.

DATED: May 16, 2007

_Kim E. Miller_
Kim E. Miller (KM-6996)
**KAHN GAUTHIER SWICK, LLC**
12 East 41st Street – 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

**Counsel for Plaintiff Thu Tran**

_Ralph DeSena_
Ralph DeSena, Esq.
**RBC FINANCIAL GROUP**
One Liberty Plaza
165 Broadway
New York, NY 10006-1404


Janet Tarkoff, Esq.
**JMP SECURITIES, LLC**
600 Montgomery St., Ste. 1100
San Francisco, CA 94111

1.  **WHEREAS,** Plaintiff filed the above-captioned action on May 11, 2007 in the Southern District of New York;

2.  **WHEREAS,** the caption inadvertently listed two entities, RBC Capital Markets Corporation ("RBC") and JMP Securities, LLC ("JMP"), as defendants;

3.  **WHEREAS,** RBC and JMP were not underwriters for Netlist, Inc. during the Class Period and are not mentioned in the body of the Complaint;

IT IS STIPULATED AND AGREED BY THE UNDERSIGNED:

1.  RBC and JMP are hereby dismissed with prejudice.

DATED: May 16, 2007

---

Kim E. Miller (KM-6996)
**KAHN GAUTHIER SWICK, LLC**
12 East 41st Street – 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

**Counsel for Plaintiff Thu Tran**

---

Ralph DeSena, Esq.
**RBC FINANCIAL GROUP**
One Liberty Plaza
165 Broadway
New York, NY 10006-1404

Janet Tarkoff, Esq.
~~JMP SECURITIES~~, LLC
600 Montgomery St., Ste. 1100
San Francisco, CA 94111

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
5/24/07

-3-

**IT IS SO ORDERED.**

May ____, 2007

_____
The Honorable Richard M. Berman
United States District Judge

**KGS**
KAHN GAUTHIER SWICK LLC

Lewis S. Kahn, LA
Michael A. Swick, NY
Kim E. Miller, NY & CA
Kevin L. Oufnac, LA & SC

Catherine R. Gauthier, LA
George S. Mentz, LA

Glen Woods, LA *of counsel*

May 23, 2007

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

RE:   *Thu Tran v. Netlist, Inc., et al*, 07-cv-3754

Dear Judge Berman,

    Enclosed please find a courtesy copy of a Stipulation and Proposed Order Dismissing with Prejudice Defendants RBC Capital Markets Corp. and JMP Securities, LLC, in the above-referenced matter. Pursuant to this Court's local rules, this Stipulation was emailed to the Orders and Judgments Clerk on Friday May 18, 2007, and was subsequently forwarded to your chambers for your signature.

                                             Respectfully,

                                             Lewis S. Kahn

/lsk
Enclosure


RECEIVED MAY 24 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

650 Poydras Street, Suite 2150 • New Orleans, LA 70130 • (504) 455-1400 − 12 East 41st Street, 12th Floor • New York, NY 10017 • (212) 696-3730
LA and NY fax: (504) 455-1498