

Lewis S. Kahn, LA    Catherine R. Gauthier, LA
Michael A. Swick, NY    George S. Mentz, LA
Kim E. Miller, NY & CA    Sarah Catherine Boone, MT
Kevin L. Oufnac, LA & SC    Glen Woods, LA *of counsel*



June 18, 2007

*Via Fax*

Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

       RE:    *Thu Tran v. Netlist, Inc., et al*, 07-cv-3754

Dear Judge Berman:

     I am counsel for plaintiff in the above-referenced action. A Rule 16 conference had been scheduled for tomorrow and Your Honor requested that the parties agree to change the time of that conference. This morning, counsel for the parties spoke to one of your clerks, Chris, and explained that since this is a securities case, the parties agree, subject to the Court's approval, to adjourn the Rule 16 conference until lead plaintiff has been selected and lead counsel has been approved. Pursuant to the clerk's instructions, we are faxing this information to Your Honor.

                               Respectfully submitted,

                               Kim E. Miller /scb/

---

Kim E. Miller

*Adjourned to 7/16/07 @ 9:15 A.M.*

cc: Jamie Levitt, Esq.

SO ORDERED:
Date: 6/18/07    Richard M. Berman
                     Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

650 Poydras Street, Suite 2150 • New Orleans, LA 70130 • (504) 455-1400 – 12 East 41st Street, 12th Floor • New York, NY 10017 • (212) 696-3730
LA and NY fax: (504) 455-1498

06/18/07 MON 12:55 [TX/RX NO 7317]