# KGS

KAHN GAUTHIER SWICK LLC

Lewis S. Kahn, LA
Michael A. Swick, NY
Kim E. Miller, NY & CA
Kevin L. Quinac, LA & SC

Catherine R. Gauthier, LA
George S. Mentz, LA
Sarah Catherine Boone, MT
Glen Woods, LA *of counsel*



# MEMO ENDORSED
July 17, 2007

Honorable Richard M. Berman                                    *Via DHL Overnight*
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

RE:   *Thu Tran v. Netlist, Inc., et al*, 07-cv-3754

Dear Judge Berman:

After consultation with Mr. Heller and opposing counsel, we write to respectfully request that the Rule 16 conference in the above-referenced matter be reset for any time on Monday, July 30, or Tuesday, July 31, 2007.

Respectfully submitted,

Kim E. Miller

cc: Jamie Levitt, Esq.
Via Fax

7/30/07 @ 10:30.

SO ORDERED
Date: 7/18/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JULY 18, 2007