UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THU TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>NETLIST, INC., et al.,<br><br>          Defendants. | Civil Action No. 1:07-cv-03754-RMB<br><br><u>CLASS ACTION</u> |
| RAGAA BENJAMIN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>NETLIST, INC., et al.,<br><br>          Defendants. | Civil Action No. 1:07-cv-05518-RMB<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Iron Workers Local No. 25 Pension Fund for Consolidation, Appointment As Lead Plaintiff and For Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of David A. Rosenfeld, in support thereof, and good cause appearing therefor:

1. The actions are hereby consolidated;

2. Iron Workers Local No. 25 Pension Fund is hereby appointed Lead Plaintiff for the class pursuant to Section 27 of the Securities Act of 1933; and

3. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

I:\Netlist\LP Motion\New York\LP Order.doc