UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THU TRAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETLIST, INC., et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-03754-RMB<br><br><u>CLASS ACTION</u> |
| RAGAA BENJAMIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETLIST, INC., et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-05518-RMB<br><br><u>CLASS ACTION</u> |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE MOTION OF IRON WORKERS LOCAL NO. 25 PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

David A. Rosenfeld, declares under penalty of perjury:

1. I am a partner with Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"). I submit this Declaration in support of the motion of Iron Workers Local No. 25 Pension Fund ("Iron Workers") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in *Tran v. Netlist, Inc.*, et al., Civil Action No. 1:07-cv-03754-RMB (the "*Tran* Action"), on *Marketwire*, a national, business-oriented newswire service, on May 28, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of Iron Workers at approximately $480,121.23, in connection with its transactions in Netlist, Inc. shares during the Class Period.

4. Attached hereto as Exhibit C is the certification of Iron Workers.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Lerach Coughlin.

DATED: July 27, 2007

/s/ David A. Rosenfeld
DAVID A. ROSENFELD

I:\Netlist\LP Motion\New York\LP Decl.doc

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on July 27, 2007, I caused a true and correct copy of the attached:

> Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of Iron Workers Local No. 25 Pension Fund For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Declaration of David A. Rosenfeld In Support Of The Motion Of Iron Workers Local No. 25 Pension Fund For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

　　　　　　　　　　　　　　　　　　　　　s/ *David A. Rosenfeld*
　　　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD

NETLIST (NY)

Service List - 7/25/2007   (07-0131N)

Page 1 of 1

**Counsel For Defendant(s)**

Tyson E. Marshall
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130-2040
   858/720-5100
   858/720-5125 (Fax)

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Michael A. Swick
Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street, 12th Floor
New York, NY  10017
   212/696-3730
   504/455-1498 (Fax)

Lewis S. Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130
   504/455-1400
   504/455-1498 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)