# EXHIBIT B

Movant's Purchases and Losses

Netlist Inc

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Iron Workers Local No. 25 Pension Fund | 12/05/2006 | 1,800 | $8.00 | $14,401.08 | 04/16/2007 | 1,200 | $5.01 | $6,017.76 | |
| Iron Workers Local No. 25 Pension Fund | 12/06/2006 | 1,600 | $8.10 | $12,953.12 | 04/17/2007 | 6,700 | $4.32 | $28,963.43 | |
| Iron Workers Local No. 25 Pension Fund | 12/06/2006 | 2,500 | $8.00 | $19,992.00 | 05/11/2007 | 5,100 | $3.31 | $16,891.20 | |
| Iron Workers Local No. 25 Pension Fund | 12/22/2006 | 5,700 | $9.42 | $53,694.00 | 05/14/2007 | 4,100 | $3.20 | $13,105.65 | |
| Iron Workers Local No. 25 Pension Fund | 12/22/2006 | 7,400 | $9.48 | $70,141.64 | 05/15/2007 | 7,000 | $3.08 | $21,593.60 | |
| Iron Workers Local No. 25 Pension Fund | 12/26/2006 | 1,100 | $9.82 | $10,804.31 | 05/16/2007 | 2,700 | $2.91 | $7,865.10 | |
| Iron Workers Local No. 25 Pension Fund | 12/27/2006 | 3,000 | $9.49 | $28,476.60 | 05/17/2007 | 55,430 | $2.95 | $163,518.50 | |
| Iron Workers Local No. 25 Pension Fund | 12/28/2006 | 70 | $9.54 | $667.92 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 12/29/2006 | 500 | $9.55 | $4,776.20 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/04/2007 | 500 | $9.28 | $4,638.80 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/04/2007 | 26,600 | $9.35 | $248,808.42 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/05/2007 | 443 | $9.34 | $4,138.64 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/08/2007 | 1,400 | $9.40 | $13,156.22 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/09/2007 | 3,487 | $9.70 | $33,820.41 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/26/2007 | 20 | $9.98 | $199.60 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/26/2007 | 3,200 | $9.92 | $31,737.60 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/29/2007 | 3,500 | $9.99 | $34,957.30 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 01/30/2007 | 1,130 | $9.92 | $11,210.84 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 02/20/2007 | 7,510 | $8.11 | $60,870.80 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 03/02/2007 | 458 | $7.51 | $3,439.58 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 03/02/2007 | 5,000 | $7.51 | $37,550.00 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 03/05/2007 | 2,178 | $7.19 | $15,659.82 | | | | | |
| Iron Workers Local No. 25 Pension Fund | 03/05/2007 | 3,134 | $7.01 | $21,981.56 | | | | | |
| Movant's Total | | 82,230 | | $738,076.47 | | 82,230 | | $257,955.24 | ($480,121.23) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the closing share price on the date of notice. The price used is $3.18 as of May 28, 2007.