# EXHIBIT C

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

IRON WORKERS LOCAL NO. 25 PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*In re Harley-Davidson, Inc. Sec. Litig.*, No. 2:05-cv-00547-CNC (E.D. Wis.)
*Hutton v. Hansen Natural Corporation, et al.*, No. CV-06-07599-JFW(PLAx) (C.D. Cal.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

NETLIST

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of July, 2007.

IRON WORKERS LOCAL NO. 25
PENSION FUND

By: *Jim Hamric*

Its: CHAIRMAN

- 2 -

NETLIST

SCHEDULE A

SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/05/2006 | 1,800 | $8.00 |
| 12/06/2006 | 1,600 | $8.10 |
| 12/06/2006 | 2,500 | $8.00 |
| 12/22/2006 | 5,700 | $9.42 |
| 12/22/2006 | 7,400 | $9.48 |
| 12/26/2006 | 1,100 | $9.82 |
| 12/27/2006 | 3,000 | $9.49 |
| 12/28/2006 | 70 | $9.54 |
| 12/29/2006 | 500 | $9.55 |
| 01/04/2007 | 500 | $9.28 |
| 01/04/2007 | 26,600 | $9.35 |
| 01/05/2007 | 443 | $9.34 |
| 01/08/2007 | 1,400 | $9.40 |
| 01/09/2007 | 3,487 | $9.70 |
| 01/26/2007 | 20 | $9.98 |
| 01/26/2007 | 3,200 | $9.92 |
| 01/29/2007 | 3,500 | $9.99 |
| 01/30/2007 | 1,130 | $9.92 |
| 02/20/2007 | 7,510 | $8.11 |
| 03/02/2007 | 458 | $7.51 |
| 03/02/2007 | 5,000 | $7.51 |
| 03/05/2007 | 2,178 | $7.19 |
| 03/05/2007 | 3,134 | $7.01 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/16/2007 | 1,200 | $5.01 |
| 04/17/2007 | 6,700 | $4.32 |
| 05/11/2007 | 5,100 | $3.31 |
| 05/14/2007 | 4,100 | $3.20 |
| 05/15/2007 | 7,000 | $3.08 |
| 05/16/2007 | 2,700 | $2.91 |
| 05/17/2007 | 55,430 | $2.95 |