**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THU TRAN, Individually And On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & CO. LLC, WR HAMBRECHT + CO. LLC, )<br><br>Defendants ) | DOCKET NUMBER: 07-cv-3754<br><br>HON. RICHARD M. BERMAN |

(Caption continued on the following page)

**MOTION OF THE TRAN GROUP TO CONSOLIDATE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

|   |   |
|---|---|
| RAGGA BENJAMIN, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, JAYESH BHAKTA, PAIK KI HONG, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & CO. LLC, WR HAMBRECHT + CO. LLC,<br><br>        Defendants. | DOCKET NUMBER: 07-cv-5518<br><br>HON. RICHARD M. BERMAN |

The Tran Group ("Movant") respectfully moves this Court for an order to consolidate all related actions, to be appointed Lead Plaintiff in this action against Netlist, Inc. ("Netlist" or the "Company") pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of its selection of the law firms of Kahn Gauthier Swick, LLC ("KGS") and Hagens Berman Sobol Shapiro, LLP ("Hagens Berman") as Lead Counsel for the Class in this action.

The Tran Group makes this motion on the belief that it is the most "adequate plaintiff" as defined in the PSLRA because:

1. It has the largest financial interest in the relief sought by the Class and has incurred substantial losses in the amount of $241,048.96 as a result of its purchase of shares of Netlist stock pursuant or traceable to the Company's November 30, 2006 Initial Public Offering (the "IPO" or the "Offering") through April 17, 2007, inclusive (the "Class Period"), and

2.  It satisfies the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23.

The Tran Group further requests that the Court approve the selection of its counsel, KGS and Hagens Berman, as Lead Counsel for the Class.  KGS and Hagens Berman are nationally-recognized law firms with significant class action, securities fraud and complex litigation experience, and are firms with resources to effectively and efficiently pursue this action.

For all of the foregoing reasons, the Tran Group respectfully requests that this Court: (1) consolidate all related actions; (2) appoint the Tran Group to serve as Lead Plaintiff in this action; (3) approve the Tran Group's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: July 27, 2007

Respectfully submitted,

KAHN GAUTHIER SWICK, LLC

/s/  Kim E. Miller
Michael A. Swick  (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone:   (212) 696-3730
Facsimile:    (504) 455-1498

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone (504) 455-1400
Facsimile: (504) 455-1498

And

HAGENS BERMAN SOBOL SHAPIRO, LLP
Elaine Byszewski
Lee Gordon

700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel: (213) 330-7149
Fax: (213) 330-7152

HAGENS BERMAN SOBOL SHAPIRO, LLP
Reed Kathrein
715 Hearst Ave., Ste 202
Berkeley, CA, 94710
Tel: (510) 725-3000
Fax: (510) 725-3001

*Counsel for the Tran Group and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 27, 2007.

                                                    /s/ Kim E. Miller
                                                    Kim E. Miller