UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THU TRAN, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & CO. LLC, WR HAMBRECHT + CO. LLC, <br><br> Defendants | DOCKET NUMBER: 07-cv-3754 <br><br> HON. RICHARD M. BERMAN |

(Caption continued on the following page)

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

| | )  | |
|---|---|---|
| RAGGA BENJAMIN, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | DOCKET NUMBER: 07-cv-5518 |
| | ) ) | |
| Plaintiff, | ) ) | HON. RICHARD M. BERMAN |
| | ) ) | |
| vs. | ) ) | |
| | ) ) | |
| NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, JAYESH BHAKTA, PAIK KI HONG, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & CO. LLC, WR HAMBRECHT + CO. LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Having considered the motion of the Tran Group to consolidate all related actions, to be appointed Lead Plaintiff, and to approve proposed Lead Plaintiff's choice of counsel and all papers in support thereof and in opposition thereto, and good cause appearing therefore:

1.  Each related action filed in this Court or transferred to this Court shall be consolidated with the instant action;

2.  The Tran Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 27(a) of the Securities Act of 1933; and

3.  Lead Plaintiff's selection of the law firms of Kahn Gauthier Swick, LLC and Hagens Berman Sobol Shapiro, LLP as Lead Counsel for the Class is hereby approved.

IT IS SO ORDERED.

DATED: _____   _____
                                THE HONORABLE RICHARD M. BERMAN
                                UNITED STATES DISTRICT JUDGE