**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THU TRAN, Individually And On Behalf of All Others Similarly Situated, ) ) ) | DOCKET NUMBER: 07-cv-3754 |
| Plaintiff, ) ) | |
| vs. ) ) | HON. RICHARD M. BERMAN |
| NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & CO. LLC, WR HAMBRECHT + CO. LLC, ) ) ) ) ) ) ) ) | |
| Defendants ) ) | |

(Caption continued on the following page)

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE TRAN GROUP FOR APPOINTMENT AS LEAD PLAINTIFF**

| | |
|---|---|
| RAGGA BENJAMIN, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NETLIST, INC., CHUN K. HONG, CHRISTOPHER LOPES, JAYESH BHAKTA, PAIK KI HONG, NAM KI HONG, THOMAS F. LAGATTA, ALAN H. PORTNOY, DAVID M. RICKEY, PRESTON ROMM, THOMAS WEISEL PARTNERS LLC, NEEDHAM & CO. LLC, WR HAMBRECHT + CO. LLC,<br><br>　　　　　　Defendants. | DOCKET NUMBER: 07-cv-5518<br><br>HON. RICHARD M. BERMAN |

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE TRAN GROUP FOR APPOINTMENT AS LEAD PLAINTIFF**

On July 27, 2007, the Tran Group filed a motion for appointment as lead plaintiff in the above-referenced action. After reviewing the motion for appointment as lead plaintiff filed by the only competing movant, Iron Workers Local No. 25 Pension Fund, the Tran Group is of the opinion that it appears that Iron Workers Local No. 25 Pension Fund has a larger financial interest in the relief sought in this action than the Tran Group does.

The Tran Group has no reason to believe that Iron Workers Local No. 25 Pension Fund, with larger financial interests in the relief sought in this action than the Tran Group, is not adequate to represent the Class, and accordingly respectfully withdraws its lead plaintiff motion.

Dated: Aug 6, 2007　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　KAHN GAUTHIER SWICK, LLC

　　　　　　　　　　　　　　　　　　　　　　　/s/  Kim E. Miller
　　　　　　　　　　　　　　　　　　　　　　　Michael A. Swick  (MS-9970)
　　　　　　　　　　　　　　　　　　　　　　　Kim E. Miller (KM-6996)

12 East 41st Street, 12th Floor
New York, NY 10017
Telephone:   (212) 696-3730
Facsimile:    (504) 455-1498

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone (504) 455-1400
Facsimile: (504) 455-1498

-and-

HAGENS BERMAN SOBOL SHAPIRO, LLP
Elaine Byszewski
Lee Gordon
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel: (213) 330-7149
Fax: (213) 330-7152

HAGENS BERMAN SOBOL SHAPIRO, LLP
Reed Kathrein
715 Hearst Ave., Ste 202
Berkeley, CA, 94710
Tel: (510) 725-3000
Fax: (510) 725-3001

*Counsel for the Tran Group*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 6, 2007.

                                                  /s/ Kim E. Miller
                                                  Kim E. Miller