UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————— x
THU TRAN, Individually and On Behalf of All :   Civil Action No. 1:07-cv-03754-RMB
Others Similarly Situated,

                        :   (Consolidated)

            Plaintiff,    :

                        :   <u>CLASS ACTION</u>

    vs.                       :

                        :
NETLIST, INC., et al.,

                        :

           Defendants.    :
——————————————— x

STIPULATION AND ~~[PROPOSED]~~ ORDER TRANSFERRING
THE RELATED ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA

RMB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/12/07__

WHEREAS, on May 11, 2007, plaintiff in the action captioned *Thu Tran vs. Netlist, Inc., et al.*, Civil Action No. 1:07-cv-03754-RMB ("*Tran* Action") filed a complaint in the Southern District of New York alleging violations of the federal securities laws;

WHEREAS, on May 28, 2007, in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), plaintiff in the *Tran* Action caused the first notice regarding the pendency of this action to be published on *Marketwire*, a national, business-oriented newswire service;

WHEREAS, on June 8, 2007, plaintiff in the action captioned *Bruce Belodoff vs. Netlist, Inc., et al.*, No. SACV-07-00677-DOC(MLGx) filed a complaint in the Central District of California with allegations similar to those in the *Tran* Action;

WHEREAS, on June 11, 2007, plaintiff in the action captioned *Ragaa Benjamin vs. Netlist, Inc., et al.*, Civil Action No. 1:07-cv-05518-RMB (the "*Benjamin* Action") filed a complaint in the Southern District of New York with allegations similar to those in the *Tran* Action;

WHEREAS, on June 20, 2007, plaintiff in the action captioned *James H. Swofford vs. Netlist, Inc., et al.*, No. SACV-07-04006-PSG(FMOx) filed a complaint in the Central District of California with allegations similar to those in the *Tran* Action;

WHEREAS, the PSLRA provides that within 60 days after publication of the notice, any person or group of persons who are members of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the action. 15 U.S.C. §§77z-1(a)(3)(A) and (B).

WHEREAS, on July 27, 2007, Iron Workers Local No. 25 Pension Fund ("Iron Workers") made a motion, in both the Central District of California and the Southern District of New York, requesting that each court consolidate the related actions, appoint Iron Workers as Lead Plaintiff and

approve its selection of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") as Lead Counsel;

WHEREAS, the motion of the Iron Workers is unopposed;

WHEREAS, by Order dated September 5, 2007, The Honorable David O. Carter of the Central District of California granted the motion of Iron Workers;

WHEREAS, by Order dated _Sept 12, 2007_ The Honorable Richard M. Berman of the Southern District of New York also granted the motion of Iron Workers, consolidated the related actions into a single action (the "Consolidated New York Action"), appointed Iron Workers as Lead Plaintiff and Coughlin Stoia as Lead Counsel; and

WHEREAS, the parties have conferred and agree that, in the interest of justice and trial efficiency, the Consolidated New York Action should be transferred to the Central District of California;

IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1.    The Consolidated New York Action is hereby transferred to the Central District of California.

DATED: September 11, 2007                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP


                                             _____
                                             DAVID A. ROSENFELD

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

DATED:  September 11, 2007          MORRISON & FOERSTER LLP

JAMIE A. LEVITT

JAMIE A. LEVITT
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone:  (212) 468-8000
(212) 468-7900 (fax)

Counsel for Defendants

* * * *

IT IS SO ORDERED.

DATED:  _Sept 12, 2007_____          RMB

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE